

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CONTINENTAL RESEARCH CORPORATION, GERALD SANOK RICHARD STEELE, KURT WISE, AND JAMES SHORE | ) | CASE NO. 07-cv-7005 |
| Plaintiffs, | ) | |
| v. | ) | |
| DRUMMOND AMERICAN CORPORATION, | ) | |
| Defendant. | ) | |

FILED
DEC 2 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**STIPULATION OF DISMISSAL**

COME NOW Plaintiffs Continental Research Corporation, Gerald Sanok, Richard Steele, Kurt Wise, and James Shore ("Plaintiffs") together with Defendant Drummond American Corporation ("Defendant"), and stipulate that all claims asserted by Plaintiffs against Defendant in the above captioned cause should be dismissed with prejudice, with each party to bear its own costs.

Respectfully submitted,

AEGIS PROFESSIONAL SERVICES

By: /s/ John Lavey

John Lavey # 6216415
#2 North Meramec
Clayton, MO 63105
(314) 454-9100
(314) 454-9110 fax
jlavey@aegisps.com
*Attorney for Plaintiffs*

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By: /s/ Elizabeth Staruck

Elizabeth Staruck # 6229716
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Fax: (312) 704-3001
estaruck@hinshawlaw.com
*Attorney for Defendant Drummond American Corporation*

**CERTIFICATE OF SERVICE**

I, John Lavey, an attorney, certify that on December 20, 2007, I served the foregoing upon the following persons using First Class US Mail, postage pre-paid:

Hinshaw & Culbertson LLP
Attn: Ms. Terese A. Drew, Esq.
Gateway One
701 Market Street, Suite 1300
St. Louis, Missouri 63101-1843
Fax: (314) 241-7428
tdrew@hinshawlaw.com

Hinshaw & Culbertson LLP
Attn: Mr. John A. Mazzei, Esq.
Gateway One
701 Market Street, Suite 1300
St. Louis, Missouri 63101-1843
Fax: (314) 241-7428
jmazzei@hinshawlaw.com,

Hinshaw & Culbertson LLP
Attn: Ms. Elizabeth F. Staruck, Esq.
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Fax: (312) 704-3001
estaruck@hinshawlaw.com

Hinshaw & Culbertson LLP
Attn: Mr. Alan I. Greene, Esq.
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
Fax: (312) 704-3001
agreene@hinshawlaw.com

By: /s/ John Lavey